DAVID A. HUBBERT
Deputy Assistant Attorney General

ROBERT C. BOMBARD (COBN 45388)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 514-6073 (v)
(202) 307-0054 (f)
Robert.Bombard@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN THE MATTER OF THE TAX INDEBTEDNESS OF:<br><br>KARL G. KNUCHEL | Case No. _____<br><br>**DECLARATION OF ASPEN CRUISE IN SUPPORT OF PETITION FOR JUDICIAL APPROVAL OF LEVY ON PRINCIPAL RESIDENCE** |
|---|---|

I, Aspen Cruise, pursuant to the provisions of 28 U.S.C. § 1746 and in support of the United States' Petition for Judicial Approval of Levy Upon Principal Residence, declare that:

1

1. I am a duly commissioned Revenue Officer of the Collection Division of the Internal Revenue Service (the "Service"), with a post of duty of in Missoula, Montana.

2. The name "Aspen Cruise" is not my real name. It is a pseudonym I use in my official capacity as an employee of the Service. The pseudonym – used for privacy and safety reasons – has been registered with the Service in accordance with Service procedures, and all Service procedures governing the use of pseudonyms have been followed.

3. In my official capacity as a Revenue Officer, I am assigned to conduct and monitor collection activity concerning the unpaid federal income tax (Form 1040) liabilities of Karl G. Knuchel for the 2012, 2013, 2016, 2017, and 2018 tax years, as well as the unpaid trust fund recovery penalties under 26 U.S.C. § 6672 for the tax periods ending March 30, and December 31, 2018.

4. In the course of my duties, I have access to IRS records concerning Karl G. Knuchel's tax liabilities. I make this declaration based on a review of IRS records and on my own personal knowledge.

5. I have examined the records of the Service and those records reflect that on the dates and in the amounts for unpaid federal income taxes (Form 1040) and trust fund recovery penalties set forth in the chart below, a delegate of the

Secretary of the Treasury of the United States of America made assessments against Karl G. Knuchel as follows:

| Tax Period | Tax Type | Assessment Date | Assessment Amount[1] | Unpaid Balance as of October 31, 2022[2] |
|---|---|---|---|---|
| 2012 | 1040 | 12/21/2015 | $826,330.82 | $1,122,693.74 |
| 2013 | 1040 | 12/28/2015 | $6,585.04 | $9,610.39 |
| 2016 | 1040 | 11/20/2017 | $86,002.00 | $125,392.76 |
| 2017 | 1040 | 11/19/2018 | $18,705.97 | $25,503.04 |
| 2018 | 1040 | 10/14/2019 | $21,603.93 | $28,795.06 |
| 3/30/2018 | 6672 | 6/17/2019 | $6,792.45 | $528.33 |
| 12/31/2018 | 6672 | 6/17/2019 | $6,439.37 | $5,666.49 |
| **TOTAL:** | | | | **$1,318,189.81** |

6. Notice of these assessments and demand for payment were duly given to Karl G. Knuchel. Despite notice and demand, Karl G. Knuchel has failed to pay those liabilities in full. After all abatements, payments, and credits as of October

---

[1] This figure is the Total Original Assessed Amount which includes (1) original tax assessed; plus (2) original penalties assessed; plus (3) original interest assessed.

[2] These figures include accrued but unassessed interest. The unpaid balance includes payments, credits, and other offsets and allowances. Interest continues to accrue after the date of assessment.

3

31, 2022, Karl G. Knuchel remains indebted to the United States in the amount of $1,318,189.81 for his unpaid tax liabilities.

7. The property upon which the Service intends to effect a levy (hereinafter the "Subject Property") is located at 5 Mount Delano Road, Livingston, Montana, 59047 with a legal description as follows:

**APPALOOSA MEADOW RESIDENCE TRACT AS SHOWN ON CERTIFICATE OF SURVEY NO. 191, LOCATED IN SECTION 26, TOWNSHIP 3 SOUTH, RANGE 9 EAST, P.M.M., PARK COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY CLERK AND RECORDER OF PARK COUNTY, MONTANA. FOR INFORMATION PURPOSES ONLY, THE PROPERTY ADDRESS IS PURPORTED TO BE: 5 MOUNT DELANO ROAD LIVINGSTON, MONTANA 59047 A.P.N.: 0005664000**

8. To the best of my knowledge and belief, the Subject Property is the principal residence of Karl G. Knuchel and his wife, Laurie Nelson, as defined under 26 U.S.C. §121.

9. Karl G. Knuchel acquired the property via quitclaim deed that was recorded in Park County, Montana on August 8, 2012. Exhibit A. Karl G. Knuchel is the sole owner of the subject property.

10. The Subject Property is encumbered by a mortgage which is the only claim on the property that is senior to the Notice of Federal Tax Lien. The mortgage is held by Guild Mortgage Company LLC, with a principal balance of $235,141.72 as of December 9, 2021.

11. The Subject Property is estimated to be worth approximately $1,002,791.

12. The Service has attempted to satisfy Karl G. Knuchel's unpaid tax liabilities from assets other than the Subject Property, but no reasonable alternative exists to satisfy the unpaid tax liabilities described above. A fully levy of Social Security Administration was issued and the IRS is receiving $1,102.90 per month. There is also a continuous wage levy receiving $522.92 every two weeks, from income from his business Knuchel & Oden, P.C., however, these levies will not come close to paying his large balance within the Collections Statute Expiration Dates and further levies are highly unlikely to satisfy Karl G. Knuchel's debt.

13. The Service has followed the requirements of applicable law and administrative procedure relevant to a levy upon the Subject Property. Notice of federal tax lien filing with respect to the Subject Property is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Missoula, Montana, on the 8th day of November, 2022.

_____
ASPEN CRUISE
Revenue Officer
Internal Revenue Service