# EXHIBIT A



# CURRENT OWNER SEARCH REPORT

**Order Number:**
**2022100638**

**AFX Reference Number:**
**79-279173-47**

**Subject Property:**
**5 MOUNT DELANO ROAD**
**LIVINGSTON, MT 59047**

**Effective:**
**11/03/2022**

**Completed:**
**11/08/2022**

**AFX RESEARCH, LLC**

*A Quarter-Century of Title Document Research Expertise*

999 Monterey St. Suite 380, San Luis Obispo, CA 93401

# CURRENT OWNER SEARCH REPORT   (pg. 2 of 4)

Order #: 2022100638 | Reference #: 79-279173-47 | Completed: 11/08/2022 | Effective: 11/03/2022

## PROPERTY AND OWNERSHIP INFORMATION

Owner's Name(s): **KARL KNUCHEL**
Street Address: **5 MOUNT DELANO ROAD**
City, State Zip Code: **LIVINGSTON, MT 59047**
APN/Parcel/PIN: **49-0703-36-3-01-08-0000 0005664000**
County: **PARK**

## DEED CHAIN

Instrument: **QUIT CLAIM DEED**

Date Recorded: **08/08/2012**
Dated: **06/13/2012**
Grantor(s): **ROBERT W HARTMAN AND BRYCLYN HARTMAN**
Grantee(s): **KARL KNUCHEL**
Instrument: **372221**

## TAX INFORMATION

| Year: | Property Tax Status: | Due Date: | Amount: |
|---|---|---|---|
| 2022 | DUE | | $5,898.75 |
| | | Land Value: | $201,021.00 |
| | | Building/Improvements: | $801,770.00 |
| | | Total Assessed Value: | $1,002,791.00 |

## MORTGAGES AND DEEDS OF TRUST

Instrument: **DEED OF TRUST**

Date Recorded: **10/09/2013**
Dated: **10/09/2013**
Mortgagor(s): **KARL KNUCHEL**
Mortgagee(s): **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR BANK OF THE ROCKIES NA**
Trustee(s): **GUARDIAN TITLE COMPANY**

Instrument: **379103**
Original Amount: **$279,000.00**

**MERS**

Servicer Name: **GUILD MORTGAGE COMPANY LLC**
Status: **ACTIVE**
MIN: **1008462-0001301026-1**



**AFX RESEARCH, LLC**
999 Monterey St. Suite 380, San Luis Obispo, CA 93401
Ph: (877) 848-5337 Fax: (800) 201-0620

## CURRENT OWNER SEARCH REPORT (pg. 3 of 4)

Order #: 2022100638 | Reference #: 79-279173-47 | Completed: 11/08/2022 | Effective: 11/03/2022

### JUDGMENTS, UCC, AND LIENS

**Instrument 1. FEDERAL TAX LIEN**

Date Recorded: 05/01/2017  Instrument: 397385

Amount: $6,654.96

**Instrument 2. FEDERAL TAX LIEN**

Date Recorded: 05/25/2017  Instrument: 397795

Amount: $892,482.11

**Instrument 3. FEDERAL TAX LIEN**

Date Recorded: 12/12/2017  Instrument: 401481

Amount: $102,054.49

**Instrument 4. FEDERAL TAX LIEN**

Date Recorded: 08/12/2019  Instrument: 410811

Amount: $46,503.94

**Instrument 5. FEDERAL TAX LIEN**

Date Recorded: 12/02/2019  Instrument: 412878

Amount: $21,603.93

### MISCELLANEOUS INSTRUMENTS

NO MISCELLANEOUS INSTRUMENTS FOUND.



**AFX RESEARCH, LLC**
999 Monterey St. Suite 380, San Luis Obispo, CA 93401
Ph: (877) 848-5337 Fax: (800) 201-0620

## CURRENT OWNER SEARCH REPORT  (pg. 4 of 4)

Order #: 2022100638 | Reference #: 79-279173-47 | Completed: 11/08/2022 | Effective: 11/03/2022

## THANK YOU FOR YOUR ORDER

### For questions, please contact our office at 1-877-848-5337.

### Order Number:
### 2022100638

### AFX Reference Number:
### 79-279173-47

The Current Owner Search provides ownership and encumbrance information from the time the current owner purchased the property, up to present time. The report will verify property ownership, check property tax status and report on any encumbrances recorded during the current ownership, including: mortgages, taxes, liens and judgments.

Our professional network of trained researchers follow established industry protocols and use client-supplied property information to complete this Current Owner Search. The report includes:

- Current deed information (i.e. grantor, grantee, recording dates)
- Property tax status, when available
- Lien and judgment information (i.e. creditor, amounts, and recording dates)
- Copy of the most recently recorded deed

### DISCLAIMER

This report was prepared for the intended use of AFX Research, LLC (AFX) and client, exclusively. This report is not a guarantee of title, nor a commitment to insure, nor a policy of title insurance. No warranty, expressed or implied, is made whatsoever in connection with this report. AFX Research, LLC specifically disclaims the making of any such warranties, including without limitation, merchantability or fitness for a particular use or purpose. The information contained in this report is retrieved as it is recorded from the various agencies that make it available. The total liability is limited to the fee paid for this report.



**AFX RESEARCH, LLC**
999 Monterey St. Suite 380, San Luis Obispo, CA 93401
Ph: (877) 848-5337 Fax: (800) 201-0620

# DEEDS EXHIBIT

Return to
Guardian Title, Inc
504 E Callender
Livingston, MT 59047

After recording return to:

KARL KNUCHEL
P.O. Box 953
Livingston, MT 59047

**Roll: R 322  #372221  Fee: $17.00  Page(s): 1**
Park County Recorded  8/8/2012 At  1:12 PM
Denise Nelson, Clk & Rcdr  By LF  Return To:
GUARDIAN TITLE, INC.  504 EAST CALLENDER
LIVINGSTON, MT 59047

## QUITCLAIM DEED

FOR VALUE RECEIVED, the undersigned, ROBERT W. HARTMAN and BRYCLYN HARTMAN, of 18456B Scenic Bluff Rd., Mount Carroll, Illinois 61053-9023 ("Transferor"), transfers, conveys, and quitclaims unto KARL KNUCHEL, of P.O. Box 953, Livingston, Montana 59047, ("Transferee"), all of Transferor's right, title, and interest in the following real property located in Park County, Montana:

> Appaloosa Meadow Residence Tract as shown on Certificate of Survey No. 191, according to the official plat on file and of record in the office of the County Clerk and Recorder of Park County, Montana.

TO HAVE AND TO HOLD all the said premises and appurtenances now held or hereafter acquired by Transferor unto Transferee and the heirs, successors, and assigns of Transferee, FOREVER, without warranty of any kind.

DATED this _12_ day of _June_, 2012.

_____
ROBERT W. HARTMAN

_____
BRYCLYN HARTMAN

STATE OF _Illinois_ )
                    : ss.
County of _Carroll_ )

This instrument was acknowledged before me on the _18th_ day of _June_, 2012, by ROBERT W. HARTMAN and BRYCYLN HARTMAN.

_____
Notary Public for the State of _Illinois_
Printed Name: _Cynthia L Ottens_
Residing at: _Chadwick IL_
My commission expires: _05/04/2015_

REALTY TRANSFER RECEIVED

OFFICIAL SEAL
CYNTHIA L. OTTENS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-04-2015

# MORTGAGES / DEEDS OF TRUST EXHIBIT

13-10310

After Recording Return To:
BANK OF THE ROCKIES
19590 EAST MAIN STREET, SUITE 202
PARKER, COLORADO 80138
Loan Number: 749-1008639

**379103   Fee: $98.00   Page(s): 14**
Park County Recorded 10/9/2013 At 12:04 PM
Denise Nelson, Clk & Rcdr   By JB ___   Return To:
GUARDIAN TITLE, INC.   504 EAST CALLENDER
LIVINGSTON, MT   59047

———————— [Space Above This Line For Recording Data] ————————

# DEED OF TRUST
### Trust Indenture Under the Small Tract Financing Act of Montana

MIN: 100846200013010261                                          MERS Phone: 888-679-6377

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated   OCTOBER 4, 2013   , together with all Riders to this document.
**(B) "Borrower"** is   KARL KNUCHEL, SOLELY

Borrower is the trustor under this Security Instrument.
**(C) "Lender"** is   BANK OF THE ROCKIES, N.A.

Lender is a                                                                                                   organized
and existing under the laws of
Lender's address is   P.O. BOX 709, WHITE SULPHUR SPRINGS, MONTANA 59645

**(D) "Trustee"** is   GUARDIAN TITLE COMPANY
504 EAST CALLENDER ST., LIVINGSTON, MONTANA 59047

**(E) "MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the beneficiary under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
**(F) "Note"** means the promissory note signed by Borrower and dated   OCTOBER 4, 2013

MONTANA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3027 1/01 (rev. 12/03)                           Page 1 of 14                           DocMagic eForms
                                                                                              www.docmagic.com

The Note states that Borrower owes Lender TWO HUNDRED SEVENTY-NINE THOUSAND AND 00/100 Dollars (U.S. $ 279,000.00 ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than NOVEMBER 1, 2043. This Security Instrument secures 150% of the amount of the Note.

(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(H) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(I) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider ☐ Planned Unit Development Rider
☐ Balloon Rider ☐ Biweekly Payment Rider
☐ 1-4 Family Rider ☐ Second Home Rider
☐ Condominium Rider ☐ Other(s) [specify]

(J) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(K) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(L) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(M) "Escrow Items" means those items that are described in Section 3.

(N) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(O) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(P) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(Q) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (12 C.F.R. Part 1024), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(R) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

## TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of

MONTANA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3027 1/01 (rev. 12/03)    Page 2 of 14    DocMagic eForms
www.docmagic.com

the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the

COUNTY of PARK
[Type of Recording Jurisdiction]  [Name of Recording Jurisdiction]

APPALOOSA MEADOW RESIDENCE TRACT AS SHOWN ON CERTIFICATE OF SURVEY NO. 191, LOCATED IN SECTION 36, TOWNSHIP 3 SOUTH, RANGE 9 EAST, P.M.M., PARK COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY CLERK AND RECORDER OF PARK COUNTY, MONTANA. FOR INFORMATION PURPOSES ONLY, THE PROPERTY ADDRESS IS PURPORTED TO BE: 5 MOUNT DELANO ROAD LIVINGSTON, MONTANA 59047
A.P.N.: 0005664000

which currently has the address of 5 MOUNT DELANO ROAD
[Street]

LIVINGSTON , Montana 59047 ("Property Address");
[City] [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

**UNIFORM COVENANTS.** Borrower and Lender covenant and agree as follows:

1. **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return

MONTANA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3027 1/01 (rev. 12/03) Page 3 of 14
DocMagic eForms
www.docmagic.com

**24. Substitute Trustee.** Lender, at its option, may from time to time remove Trustee and appoint a successor trustee to any Trustee appointed hereunder. Without conveyance of the Property, the successor trustee shall succeed to all the title, power and duties conferred upon Trustee herein and by Applicable Law.

**25. Area of Property.** The area of the Property is not more than 40 acres.

**26. Waiver of Homestead Exemption Rights.** In conformance with the provisions of § 70-32-202, M.C.A., this transaction involving a mortgage upon real property for purposes of securing a debt on premises, as subject hereto, and executed and acknowledged by the husband and wife, or by an unmarried person, the undersigned grantors have by separate written waiver, which waiver is incorporated herein by this reference, waived, renounced and abandoned for themselves and their family, any and all homestead exemption rights or other exemption law now or subsequently enforced within the State of Montana, or any other state or territory where judgment may be entered by virtue of this agreement or in the event of a sale pursuant to the provisions of the Montana Small Tract Financing Act.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

_____ (Seal)  
KARL KNUCHEL                 -Borrower

_____ (Seal)  
                             -Borrower

_____ (Seal)  
                             -Borrower

_____ (Seal)  
                             -Borrower

_____ (Seal)  
                             -Borrower

_____ (Seal)  
                             -Borrower

Witness:                                         Witness:

_____                    _____

MONTANA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS  
Form 3027 1/01 (rev. 12/03)                Page 13 of 14

*DocMagic eForms*  
www.docmagic.com

——————— [Space Below This Line For Acknowledgment] ———————

State of MONTANA

County of Park

This instrument was acknowledged before me on 10·4·2013
by KARL KNUCHEL

Signature of notarial officer

Closing Agent
Title

My commission expires: 09/09/2017

**AMBER SHIELDS**
NOTARY PUBLIC for the
State of Montana
Residing at Livingston, MT
My Commission Expires
September 9, 2017
(Seal)

Case 1:22-mc-00011-SPW-TJC   Document 1-3   Filed 11/08/22   Page 14 of 19

# JUDGMENTS, UCC, AND LIENS EXHIBIT

3847

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6  Lien Unit Phone: (800) 913-6050 | Serial Number  259103117 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  KARL KNUCHEL PC, a Corporat:

397385 Fee: $7.00  LIEN# 5305
Park County, MT Filed 5/1/2017 At 9:59 AM
Maritza H Reddington, Clk & Rcdr  By PS  LS

Residence  PO BOX 953
LIVINGSTON, MT 59047-0953

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2016 | XX-XXX2182 | 04/10/2017 | 05/10/2027 | 6654.96 |

Place of Filing  Clerk and Recorder
Park County
Livingston, MT 59047

Total  $  6654.96

This notice was prepared and signed at  SEATTLE, WA  , on this,

the  24th  day of  April , 2017.

Signature  Joan Flach
for KEN KIRBY

Title  REVENUE OFFICER
(406) 585-2102

26-10-4716

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

14742

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6  Lien Unit Phone: (800) 913-6050 | Serial Number  262506217 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  KARL G KNUCHEL

397795  Fee: $7.00   Lien # 5312
Park County, MT  Filed 5/25/2017 At 9:29 AM
Maritza H Reddington, Clk & Rcdr  By JB PS

Residence  PO BOX 953
LIVINGSTON, MT 59047-0953

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | XXX-XX-7186 | 12/21/2015 | 01/20/2026 | 885360.83 |
| 1040 | 12/31/2013 | XXX-XX-7186 | 12/28/2015 | 01/27/2026 | 7121.28 |

Place of Filing
Clerk and Recorder
Park County
Livingston, MT 59047

Total $  892482.11

This notice was prepared and signed at  SEATTLE, WA  , on this,

the  16th  day of  May , 2017.

Signature  Joan Flach
for KEN KIRBY

Title  REVENUE OFFICER
(406) 585-2102

26-10-4716

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 913-6050 | **Serial Number** 288546717 | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** KARL G KNUCHEL

**Residence** PO BOX 953
LIVINGSTON, MT 59047-0953

401481 Fee: $7.00  Lien # 5342
Park County, MT Filed 12/12/2017 At 9:53 AM
Maritza H Reddington, Clerk & Recorder  By AS PS

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2016 | XXX-XX-7186 | 11/20/2017 | 12/20/2027 | 86002.00 |
| 6672 | 03/31/2017 | XXX-XX-7186 | 11/20/2017 | 12/20/2027 | 7598.44 |
| 6672 | 06/30/2017 | XXX-XX-7186 | 11/20/2017 | 12/20/2027 | 8454.05 |

**Place of Filing**
Clerk and Recorder
Park County
Livingston, MT 59047

Total  $  102054.49

This notice was prepared and signed at _____ SEATTLE, WA _____, on this, the __05th__ day of __December__, __2017__.

| Signature *Joan Flach* for KEN KIRBY | Title REVENUE OFFICER (406) 585-2102 | 26-08-4716 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

17489

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 913-6050 | Serial Number 373403019 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   KARL G KNUCHEL

410811 Fee: $7.00   LIEN # 5434
Park County, MT  Filed 8/12/2019 At 10:55 AM
Maritza H Reddington , Clerk & Recorder   By JB LS

Residence   PO BOX 953
            LIVINGSTON, MT 59047-0953

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2017 | XXX-XX-7186 | 11/19/2018 | 12/19/2028 | 18392.83 |
| 6672 | 03/31/2018 | XXX-XX-7186 | 06/17/2019 | 07/17/2029 | 6792.45 |
| 6672 | 06/30/2018 | XXX-XX-7186 | 06/17/2019 | 07/17/2029 | 8612.84 |
| 6672 | 09/30/2018 | XXX-XX-7186 | 06/17/2019 | 07/17/2029 | 6266.45 |
| 6672 | 12/31/2018 | XXX-XX-7186 | 06/17/2019 | 07/17/2029 | 6439.37 |

Place of Filing   Clerk and Recorder
                  Park County
                  Livingston, MT 59047

Total $ 46503.94

This notice was prepared and signed at   SEATTLE, WA   , on this,

the   01st   day of   August   , 2019 .

| Signature   *[signed]*  for BRANDON GARVEY | Title   REVENUE OFFICER   (406) 200-6071 | 26-08-4734 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien  Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

18334

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 913-6050 | 393869419 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  KARL G KNUCHEL

412878 Fee: $7.00  Lien #5448

Residence  PO BOX 953
LIVINGSTON, MT 59047-0953

Park County, MT Filed 12/2/2019 At 9:50 AM
Maritza H Reddington, Clerk & Recorder  By JB

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2018 | XXX-XX-7186 | 10/14/2019 | 11/13/2029 | 21603.93 |

Place of Filing

Clerk and Recorder
Park County
Livingston, MT 59047

Total  $  21603.93

This notice was prepared and signed at _____ SEATTLE, WA _____, on this,

the __19th__ day of __November__, __2019__.

| Signature  *[signed]*  for BRANDON GARVEY | Title  REVENUE OFFICER  (406) 200-6071 | 26-08-4734 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X