# EXHIBIT B

```
16363                                           COURT RECORDING DATA
-------------------------------------------+----------------------------------
         INTERNAL REVENUE SERVICE          | Lien Recorded   : 05/25/2017 - 00:00AM
    FACSIMILE FEDERAL TAX LIEN DOCUMENT    | Recording Number: 397795
                                           | UCC Number      :
                                           | Liber           :
                                           | Page            :
-------------------------------------------+----------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #6      | IRS Serial Number: 262506217
Lien Unit Phone: (800) 913-6050            |
----------------------------------------------------------------------------
                   This Lien Has Been Filed in Accordance with
                      Internal Revenue Regulation 301.6323(f)-1.

----------------------------------------------------------------------------
Name of Taxpayer :
  KARL G KNUCHEL


ALS Entity Type: Individual
----------------------------------------------------------------------------
Residence :
  PO BOX 953
  LIVINGSTON, MT 59047-0953
----------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).
--------+-----------+---------------+-------------+------------------+---------------
 Form   |  Period   |   ID Number   |  Assessed   |  Refile Deadline | Unpaid Balance
 (a)    |    (b)    |      (c)      |    (d)      |       (e)        |      (f)
--------+-----------+---------------+-------------+------------------+---------------
 1040    12/31/2012  XXX-XX-7186     12/21/2015       01/20/2026            885360.83
 1040    12/31/2013  XXX-XX-7186     12/28/2015       01/27/2026              7121.28
```

You have a right to a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by 07/03/2017. Please complete the enclosed form 12153, Request for a Collection Due Process Hearing, and mail it to:

>    Internal Revenue Service
>    1805 S 22ND AVE STE 2
>
>    BOZEMAN, MT 59718-7069

                                                    Letter 3172(DO) (Rev.01-2009)
                                                    Catalog No. 267671

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days:
* After you pay the full amount of your debt; or
* We accept a bond guaranteeing payment of the amount owed; or
* A decision is made to adjust your account (ie.; during an Appeals hearing)

We enclosed Publication 1450, Instructions on Requesting a Certificate of Release of Federal Tax Lien.
If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

                              Sincerely,



                              Operations Manager,
                              Centralized Lien Operation

```
16363                                          COURT RECORDING DATA
---------------------------------------------+--------------------------------
         INTERNAL REVENUE SERVICE            | Lien Recorded   : 12/12/2017 - 00:00AM
    FACSIMILE FEDERAL TAX LIEN DOCUMENT      | Recording Number: 5342
                                             | UCC Number      :
                                             | Liber           :
                                             | Page            :
---------------------------------------------+--------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #6        | IRS Serial Number: 288546717
Lien Unit Phone: (800) 913-6050              |
--------------------------------------------------------------------------------
                    This Lien Has Been Filed in Accordance with
                      Internal Revenue Regulation 301.6323(f)-1.


--------------------------------------------------------------------------------
Name of Taxpayer :
   KARL G KNUCHEL


ALS Entity Type: Individual
--------------------------------------------------------------------------------
Residence :
   PO BOX 953
   LIVINGSTON, MT 59047-0953
--------------------------------------------------------------------------------
   With respect to each assessment below, unless notice of lien
   is refiled by the date in column(e), this notice shall constitute
   the certificate of release of lien as defined in IRC 6325(a).
-------+----------+-------------+------------+-----------------+---------------
 Form  |  Period  |  ID Number  |  Assessed  |  Refile Deadline|  Unpaid Balance
  (a)  |   (b)    |    (c)      |    (d)     |      (e)        |      (f)
-------+----------+-------------+------------+-----------------+---------------
 1040   12/31/2016  XXX-XX-7186   11/20/2017     12/20/2027             86002.00
 6672   03/31/2017  XXX-XX-7186   11/20/2017     12/20/2027              7598.44
 6672   06/30/2017  XXX-XX-7186   11/20/2017     12/20/2027              8454.05
```

You have a right to a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by 01/22/2018. Please complete the enclosed form 12153, Request for a Collection Due Process Hearing, and mail it to:

        Internal Revenue Service
        1805 S 22ND AVE STE 2

        BOZEMAN, MT 59718-7069

        Letter 3172(DO) (Rev.01-2009)
        Catalog No. 267671

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days:
* After you pay the full amount of your debt; or
* We accept a bond guaranteeing payment of the amount owed; or
* A decision is made to adjust your account (ie.; during an Appeals hearing)

We enclosed Publication 1450, Instructions on
Requesting a Certificate of Release of Federal Tax Lien.
If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

        Sincerely,

        Operations Manager,
        Centralized Lien Operation

```
16363                                               COURT RECORDING DATA
-------------------------------------------+-----------------------------------
        INTERNAL REVENUE SERVICE           | Lien Recorded   : 08/12/2019 - 00:00AM
    FACSIMILE FEDERAL TAX LIEN DOCUMENT    | Recording Number: 410811
                                           | UCC Number      :
                                           | Liber           :
                                           | Page            :
-------------------------------------------+-----------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #6      | IRS Serial Number: 373403019
Lien Unit Phone: (800) 913-6050            |
-----------------------------------------------------------------------------

              This Lien Has Been Filed in Accordance with
                  Internal Revenue Regulation 301.6323(f)-1.

-----------------------------------------------------------------------------

Name of Taxpayer :
  KARL G KNUCHEL


ALS Entity Type: Individual
-----------------------------------------------------------------------------
Residence :
  PO BOX 953
  LIVINGSTON, MT 59047-0953
-----------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).
-------+----------+-------------+------------+------------------+---------------
 Form  |  Period  |  ID Number  |  Assessed  |  Refile Deadline | Unpaid Balance
  (a)  |   (b)    |    (c)      |    (d)     |       (e)        |      (f)
-------+----------+-------------+------------+------------------+---------------
 1040    12/31/2017  XXX-XX-7186   11/19/2018     12/19/2028           18392.83
 6672    03/31/2018  XXX-XX-7186   06/17/2019     07/17/2029            6792.45
 6672    06/30/2018  XXX-XX-7186   06/17/2019     07/17/2029            8612.84
 6672    09/30/2018  XXX-XX-7186   06/17/2019     07/17/2029            6266.45
 6672    12/31/2018  XXX-XX-7186   06/17/2019     07/17/2029            6439.37
```

you may acquire in the future.  It also may damage your credit rating and hinder your ability to obtain additional credit.

You have a right to a hearing with us to appeal this collection action and to discuss your payment method options.  To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by 09/19/2019.  Please complete the enclosed form 12153, Request for a Collection Due Process Hearing, and mail it to:

        Internal Revenue Service
        2900 4TH AVE NORTH, ROOM 200

        BILLINGS, MT 59101

        Letter 3172(DO) (Rev.01-2009)
        Catalog No. 267671

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days:
* After you pay the full amount of your debt; or
* We accept a bond guaranteeing payment of the amount owed; or
* A decision is made to adjust your account (ie.; during an Appeals hearing)

We enclosed Publication 1450, Instructions on
Requesting a Certificate of Release of Federal Tax Lien.
If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

        Sincerely,

        Operations Manager,
        Centralized Lien Operation

```
16363                                              COURT RECORDING DATA
-----------------------------------------+-------------------------------------
         INTERNAL REVENUE SERVICE        | Lien Recorded   : 12/02/2019 - 00:00AM
    FACSIMILE FEDERAL TAX LIEN DOCUMENT  | Recording Number: 412878
                                         | UCC Number      :
                                         | Liber           :
                                         | Page            :
-----------------------------------------+-------------------------------------
  Area: SMALL BUSINESS/SELF EMPLOYED #6  | IRS Serial Number: 393869419
  Lien Unit Phone: (800) 913-6050        |
-----------------------------------------+-------------------------------------
                    This Lien Has Been Filed in Accordance with
                       Internal Revenue Regulation 301.6323(f)-1.

--------------------------------------------------------------------------------
Name of Taxpayer :
  KARL G KNUCHEL


ALS Entity Type: Individual
--------------------------------------------------------------------------------
Residence :
  PO BOX 953
  LIVINGSTON, MT 59047-0953
--------------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).
-------+-----------+--------------+------------+------------------+---------------
 Form  |  Period   |  ID Number   |  Assessed  |  Refile Deadline | Unpaid Balance
  (a)  |    (b)    |     (c)      |    (d)     |       (e)        |     (f)
-------+-----------+--------------+------------+------------------+---------------
 1040    12/31/2018  XXX-XX-7186    10/14/2019      11/13/2029           21603.93
```

and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by 01/10/2020. Please complete the enclosed form 12153, Request for a Collection Due Process Hearing, and mail it to:

>Internal Revenue Service
>2900 4TH AVE NORTH, ROOM 200
>
>BILLINGS, MT 59101

Letter 3172(DO) (Rev.01-2009)
Catalog No. 267671

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days:
* After you pay the full amount of your debt; or
* We accept a bond guaranteeing payment of the amount owed; or
* A decision is made to adjust your account (ie.; during an Appeals hearing)

We enclosed Publication 1450, Instructions on Requesting a Certificate of Release of Federal Tax Lien.
If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

Operations Manager,
Centralized Lien Operation