UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF:<br><br>KARL G. KNUCHEL | Case No. _____<br><br>**[PROPOSED] ORDER APPROVING LEVY UPON PRINCIPAL RESIDENCE** |

This matter having come before the undersigned upon the Petition of the United States and the accompanying Declaration and exhibits attached thereto, the Court having issued a Notice and Order to Show Cause which was properly served, Karl G. Knuchel having filed a written Objection to Petition, and the Court having considered the objections raised, arguments made and evidence presented, if any, at a hearing on _____, 202_,

IT IS HEREBY ORDERED THAT, pursuant to 26 U.S.C. § 6334, the Court GRANTS the Petition for Judicial Approval of Levy Upon Principal Residence. The Internal Revenue Service may levy upon Karl G. Knuchel's interest in the principal residence located at 5 Mount Delano Road, Livingston, Montana, 59047, to satisfy part or all of his unpaid federal income tax (Form 1040) liabilities for the 2012, 2013, 2016, 2017, and 2018 tax years and trust fund recovery penalties for

the tax periods ending March 30, 2018, and December 31, 2018, which may be executed by any authorized officer of the Internal Revenue Service.

    It is FURTHER ORDERED that the Clerk of the Court shall mail a copy of this ORDER to:

    Karl G. Knuchel
    P.O. Box 953
    Livingston, MT 59047

    Robert C. Bombard
    Trial Attorney
    United States Department of Justice, Tax Division
    P.O. Box 683
    Washington, D.C. 20044

Dated this _____ day of _____, 202_.

                                            _____
                                            UNITED STATES DISTRICT JUDGE
                                            [UNITED STATES MAGISTRATE JUDGE]